_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

JUL 13 2020

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

DCG  GMM/TFH: USAO 2019R00733

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. PJM 20cr188 |
| DAJUAN EUGENE DAVIS, | * | (Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1); Forfeiture, 18 U.S.C. § 924(d), 21 U.S.C. § 853(p), 28 U.S.C. § 2461(c)) |
| Defendant | * | |

*******

## INDICTMENT

### COUNT ONE
(Felon in Possession of a Firearm)

The Grand Jury for the District of Maryland charges that:

On or about October 7, 2019, in the District of Maryland, the defendant,

**DAJUAN EUGENE DAVIS,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm—that is, a Glock model 30 .45 ACP caliber semi-automatic pistol, bearing serial number CNH914US—and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), in the event of the defendant's conviction under Count One of this Indictment.

### Firearms Forfeiture

2. Upon conviction of the offense set forth in Count One of this Indictment, and incorporated here, the defendant,

**DAJUAN EUGENE DAVIS,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the offense, including but not limited to: (1) one Glock model 30 .45 ACP caliber semi-automatic pistol, bearing serial number CNH914US, and (2) approximately 10 rounds of Armscor USA .45 caliber ammunition contained in the weapon and in the magazine affixed thereto.

### Substitute Assets

3. If, as a result of any act or omission of the defendant, any such property subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 924(d)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

            *Robert K. Hur* /TW
            Robert K. Hur
            United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

            Date: 7/13/2020